B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (For Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Jason Allen Schneider<br>Crystal Gail Schneider<br>109 Hershman Ave<br>Denmark, WI 54208 | **DEFENDANTS**<br>21st Mortgage Corporation<br>Attn: Tim Williams, CEO<br>620 Market St.<br>Knoxville, TN 37902 |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Trevor J. Pedersen<br>Pedersen Law Office, LLC<br>3010 S. Appleton Road<br>Menasha, WI 54952<br>920-727-0970 Fax: 920-380-7570 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>[✓] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[ ] Creditor    [ ] Other<br>[ ] Trustee | **PARTY** (Check One Box Only)<br>[ ] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[✓] Creditor    [ ] Other<br>[ ] Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[X] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[ ] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
[ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

[ ] Check if this case involves a substantive issue of state law    [ ] Check if this is asserted to be a class action under FRCP 23

[ ] Check if a jury trial is demanded in complaint    Demand $

Other Relief Sought

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>Jason Allen Schneider<br>Crystal Gail Schneider ||| BANKRUPTCY CASE NO.<br>15-32041 |
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern District of Wisconsin | DIVISION OFFICE<br>Milwaukee || NAME OF JUDGE<br>Beth E. Hanan |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE || NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Trevor J. Pedersen<br>Trevor J. Pedersen ||||
| DATE<br>December 11, 2015 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Trevor J. Pedersen |||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Additional Defendants
Jason and Crystal Schneider v. 21st Mortgage Corp. et al

BMO Harris Bank
Attn: David Casper, President and CEO
111 W. Monroe St.
Chicago, IL 60603

Mortgage Electronic Registration Systems, Inc.
Attn: Bill Beckmann, CEO
PO Box 2026
Flint, MI 48501

Form B 250A (12/09)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re  Jason Allen Schneider
       Crystal Gail Schneider           )   Case No.    15-32041
                Debtor                  )
       Jason and Crystal Schneider      )   Chapter     13
                Plaintiff               )
                                        )
                v.                      )   Adv. Proc. No. _____
       21st Mortgage Corp.,             )
       BMO Harris Bank,                 )
       Mortgage Electronic Registration )
                Defendant               )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:    517 E. Wisconsin Ave., Milwaukee, WI 54952

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:    Attorney Trevor J. Pedersen, Pedersen Law Office, LLC
                                              3010 S. Appleton Rd., Menasha, WI 54952

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____ (Deputy Clerk)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re Jason and Crystal Schneider
                Debtors.

Case Number: 15-32041

Jason and Crystal Schneider,

                Plaintiffs,

v.

21st Mortgage Corp.

and

BMO Harris Bank

and

Mortgage Electronic Registration Systems, Inc.

                Defendants.

Adversary No. 15-

## COMPLAINT PURSUANT TO 11 USC § 506 TO DETERMINE THE VALUE OF SECURITY TO AVOID THE LIEN OF REAL ESTATE OWNED BY THE DEBTOR AT 109 HERSHMAN AVE. DENMARK, WISCONSIN

The debtors, Jason and Crystal Schneider, by their attorney, Trevor J. Pedersen, hereby request avoidance of the real estate mortgage lien of the defendants, 21st Mortgage Corp., and BMO Harris Bank, and Mortgage Electronic Registration System, Inc (here after "MERS"), and their successors and/or assigns, pursuant to 11 U.S.C. § 506(a) as follows:

1.     The debtors filed a Chapter 13 bankruptcy petition on October 30, 2015, in case number 15-32041 in the Eastern District of Wisconsin.

2.     On the date of the Chapter 13 filing, the debtor owned, and continues to own, the real estate located at 109 Hershman Ave., Denmark, Wisconsin, which is more particularly described on the attached Exhibit A.

3. The debtor entered into a second mortgage with BMO Harris Bank, previously known as M&I Bank, on July 13, 2007, in the amount of $32,500.00. Upon information and belief, the mortgage was assigned to Defendant Mortgage Electronic Registration System (MERS).

4. The mortgage is being reported on the Debtors' credit report by 21st Mortgage Corporation and Debtors were order to pay the monthly payments to 21st Mortgage Corporation. Therefore, it is believed that 21st Mortgage Corporation is the assignee of the mortgage.

5. Per the Brown County Register of Deeds office, as of December 1, 2015, an assignment of mortgage has not been filed regarding this mortgage.

6. None of the Defendants have filed a proof of claim for this mortgage in this bankruptcy proceeding. The address and contact for BMO Harris Bank is from their website. The address and contact for MERS is from their website and recorded mortgage. The address and contact for 21st Mortgage Corporation is from their website.

7. The Court has jurisdiction over this proceeding pursuant to 28 USC §1334 and §157(b)(2)(K). This is a core proceeding.

8. The balance of this mortgage as of September 24, 2015 was $22,320.00. A copy of the credit report reflecting that balance is attached hereto as Exhibit B.

9. The value of the debtors' real estate on the date of the filing of this bankruptcy was $115,800.00 based on their opinion of the condition of the property and the current market. The 2014 real estate tax bill reflects an estimated fair market value of $114,100.00 a copy of which is attached hereto as Exhibit C.

10. The amount of the first mortgage balance as of the date of filing is $121.562.00. (See Exhibit B)

11. There is no value of the interest of the defendants in the real estate of the debtor.

WHEREFORE, the debtors demand judgment against the defendants avoiding its lien on the real estate known as 109 Hershman Ave., Denmark,

Wisconsin as more particularly described on Exhibit A and for such other relief as the court may deem just and equitable.

Dated this 11th day of December, 2015.

_____
Trevor J. Pedersen
Attorney for Debtors

ADDRESS:

3010 S. Appleton Rd.
Menasha, WI 54952
(920) 727-0970

| | STATE BAR OF WISCONSIN FORM 1-2000 | 2210079 |
|---|---|---|

Document Number

## WARRANTY DEED

2210079

CATHY WILLIQUETTE
BROWN COUNTY RECORDER
GREEN BAY, WI

RECORDED ON
08/23/2005 03:58:35PM

REC FEE: 11.00
TRANS FEE: 364.50
EXEMPT #
PAGES: 1

This Deed, made between JILL M. MILLER N/K/A JILL M. TAICHER

_____ Grantor,

and JASON A. SCHNEIDER AND CRYSTAL G. SCHNEIDER, HUSBAND AND WIFE AS SURVIVORSHIP MARITAL PROPERTY

_____ Grantee.

Grantor, for a valuable consideration, conveys to Grantee the following described real estate in _____ BROWN _____ County, State of Wisconsin (the "Property") (if more space is needed, please attach addendum): THE NORTH HALF (N 1/2) OF LOTS ELEVEN (11) AND TWELVE (12), ALL IN BLOCK ONE (1), ACCORDING TO THE RECORDED HERSHMAN PLAT AND THE SOUTH HALF (S 1/2) OF THE VACATED ALLEY LYING NORTHERLY OF SAID LOTS AND ADJACENT THERETO, IN THE VILLAGE OF DENMARK, BROWN COUNTY, WISCONSIN.

Recording Area

Name and Return Address
LIBERTY TITLE
107 N. BROADWAY
GREEN BAY, WI 54303

0507-18185

VD-250-1

Parcel Identification Number (PIN)
This __IS__ homestead property.
(is) (is not)

Together with all appurtenant rights, title and interests.

Grantor warrants that the title to the Property is good, indefeasible in fee simple and free and clear of encumbrances except ANY MUNICIPAL AND ZONING ORDINANCES, RECORDED EASEMENTS, BUILDING AND USE RESTRICTIONS AND COVENANTS

Dated this __12__ day of __Aug.__ 2005.

*Jill M. Taicher* (signature)
* JILL M. TAICHER

---

**AUTHENTICATION**

Signature(s) _____

authenticated this _____

*

TITLE: MEMBER STATE BAR OF WISCONSIN
(If not, authorized by § 706.06, Wis. Stats.)

THIS INSTRUMENT WAS DRAFTED BY

ATTY. TIMOTHY F. _____
107 N. BROADWAY, GREEN BAY, WI 54303
(Signatures may be authenticated or acknowledged. Both are not necessary.)

*Names of persons signing in any capacity must be typed or printed below their signature.
WARRANTY DEED

**ACKNOWLEDGMENT**
STATE OF WISCONSIN
) ss.
__BROWN__ County. )
Personally came before me this __12th__ day of __August__, 2005 the above named
JILL M. TAICHER

to me known to be the person _____ who executed the foregoing instrument and acknowledged the same.

*Alta M. Sloan* (signature)
Alta M. Sloan
Notary Public, State of Wisconsin
My Commission is permanent. (If not, state expiration date: __June 12, 2005__)

STATE BAR OF WISCONSIN          FORM No. 1-2000

Liberty Title & Abstract, Inc 107 N Broadway Ste 1, Green Bay WI 54303-2727
Phone: (920) 435-7708    Fax: (920) 435-7307    Jennifer Chamberlin

T3871095.ZFX

Produced with ZipForm™ by RE FormsNet, LLC 18025 Fifteen Mile Road, Clinton Township, Michigan 48035, (800) 383-9805 www.zipform.com


EXHIBIT A



11132 Winners Circle Ste 207
Los Alamitos, CA 90720
www.asuitesolution.com

Tel: (877) 311-1234
Fax: (877) 388-1234
Email: orders@asuitesolution.com

**Suite Solutions**
ONLINE CREDIT REPORTING CORPORATION

## DEBTOR INFORMATION

**Debtor:** JASON ALLEN SCHNEIDER      **Co-Debtor:** CRYSTAL GAIL SCHNEIDER

**Present Address:** 109 HERSHMAN AVE
DENMARK, WI 54208-0000

**Bureaus Accessed:** Equifax, Experian, TransUnion

**Former Address:**

**Request ID:** DPIXH-0520035        **Report Date:** 9/24/2015

## PUBLIC RECORD INFORMATION

| Court Number | Docket Number | Date Filed | Liability | Plaintiff | Status Date | Reported By |
|---|---|---|---|---|---|---|

No Public Records Exist

## ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 16 TOTAL $206,810**          **WITHOUT A BALANCE: 38**

| Creditor Name / Account Number / Loan Terms - Status | Date Opened / Date Last Reported | High Credit / Balance Owing | Payment Terms / Account Type / Past Due Amount / Last Activity Date | Account Type Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| BMO HARRIS TRUST& SAVI 9500552196 360 MONTHS-60 SLOW | 07/07 08/15 | $130,000 **$121,562** | 1st $976 MORTGAGE $3,657 07/15 | JOINT XPN-1 XPN-2 TU-1 TU-2 EFX-1 EFX-2 | BMO HARRIS TRUST& SAVI 111 W MONROE ST CHICAGO, IL 60603 (312) 461-2474 |
| ADDITIONAL INFORMATION: | 30 SLOW-07/2015  30 SLOW-06/2015  30 SLOW-05/2015  90 SLOW-07/2014  60 SLOW-06/2014  30 SLOW-05/2014 HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , ACCOUNT WAS DELINQUENT 90 DAYS PAST DUE DATE/NOW 30 OR 60 DAYS PAST DUE DATE , OPEN ACCOUNT , CONVENTIONAL REAL ESTATE LOAN ||||| 
| 21ST MORTGAGE CORP 416191 180 MONTHS-CURRENT | 07/07 08/15 | $32,500 **$22,320** | 2nd $414 MORTGAGE $0 08/15 | JOINT XPN-1 XPN-2 TU-1 TU-2 EFX-1 EFX-2 | 21ST MORTGAGE CORP 620 MARKET ST STE 100 KNOXVILLE, TN 37902 (865) 523-2120 |
| ADDITIONAL INFORMATION: | 30 SLOW-06/2015  60 SLOW-07/2014  30 SLOW-06/2014 SECOND MORTGAGE |||||
| SANTANDER CONSUMER USA 30000153407531000 66 MONTHS-CURRENT | 10/13 08/15 | $28,520 **$20,998** | $537 INSTALLMENT $0 08/15 | JOINT XPN-1 XPN-2 TU-1 TU-2 EFX-1 EFX-2 | SANTANDER CONSUMER USA PO BOX 961245 FT WORTH, TX 76161 (866) 923-9282 |
| ADDITIONAL INFORMATION: AUTO LOAN |||||| 
| FOX COMMUNITIES CREDIT 29337255100 72 MONTHS-CURRENT | 02/15 09/15 | $17,249 **$16,351** | $288 INSTALLMENT $0 08/15 | INDIVIDUAL XPN-2 TU-2 EFX-2 | FOX COMMUNITIES CREDIT 3401 E CALUMET ST APPLETON, WI 54915 (920) 993-9000 |
| ADDITIONAL INFORMATION: | 30 SLOW-08/2015 HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , CURRENT ACCOUNT/WAS 30 DAYS PAST DUE DATE , OPEN ACCOUNT , SECURED LOAN |||||
| CBNA 603535019593**** MIN-30 SLOW | 09/07 09/15 | $4,148 **$4,148** | $141 REVOLVING $234 08/15 | JOINT XPN-1 XPN-2 TU-1 TU-2 EFX-1 EFX-2 | CBNA 50 NORTHWEST POINT ROAD ELK GROVE VILLAGE, IL 60007 |
| ADDITIONAL INFORMATION: ACCOUNT 30 DAYS PAST DUE DATE , OPEN ACCOUNT , REVOLVING CHARGE ACCOUNT |||||| 

Case 15-02562-beh    Doc 1    Filed 12/11/15    Page 9 of 18

Debtor(s): J. Schneider/C. Schneider        1 of 9  EXHIBIT B        Request ID: DPIXH-0520035

## ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 16 TOTAL $206,810**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**WITHOUT A BALANCE: 38**

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last<br>Reported | High Credit<br>Balance<br>Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact<br>Information |
|---|---|---|---|---|---|
| CBNA<br>512107200878****<br>MIN-CURRENT | 07/10<br>09/15 | $4,122<br>**$4,122** | $160<br>REVOLVING<br>$0<br>09/15 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | CBNA<br>PO BOX 6283<br>SIOUX FALLS, SD 57117<br>(800) 917-7700 |
| ADDITIONAL INFORMATION: CREDIT CARD ||||||
| CHASE CARD<br>426684107929****<br>MIN-CURRENT | 01/06<br>09/15 | $3,837<br>**$3,837** | $106<br>REVOLVING<br>$0<br>09/15 | INDIVIDUAL<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON, DE 19850<br>(800) 432-3117 |
| ADDITIONAL INFORMATION: CREDIT CARD ||||||
| CAP1/MNRDS<br>226601-0112913147<br>MIN-30 SLOW | 05/09<br>09/15 | $3,786<br>**$3,786** | $149<br>REVOLVING<br>$252<br>08/15 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | CAP1/MNRDS<br>26525 N RIVERWOODS BLVD<br>METTAWA, IL 60045<br>(800) 695-6950 |
| ADDITIONAL INFORMATION: ACCOUNT 30 DAYS PAST DUE DATE , OPEN ACCOUNT , REVOLVING CHARGE ACCOUNT ||||||
| SYNCB/OLDNAVYDC<br>447995166106****<br>MIN-30 SLOW | 08/12<br>09/15 | $2,147<br>**$2,147** | $103<br>REVOLVING<br>$149<br>08/15 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | SYNCB/OLDNAVYDC<br>PO BOX 965005<br>ORLANDO, FL 32896<br>(877) 222-6868 |
| ADDITIONAL INFORMATION: ACCOUNT 30 DAYS PAST DUE DATE , OPEN ACCOUNT , CREDIT CARD ||||||
| TD BANK USA/TARGETCRED<br>435237760338****<br>MIN-30 SLOW | 12/08<br>09/15 | $2,139<br>**$2,139** | $97<br>REVOLVING<br>$58<br>08/15 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | TD BANK USA/TARGETCRED<br>PO BOX 673<br>MINNEAPOLIS, MN 55440<br>(888) 755-5856 |
| ADDITIONAL INFORMATION: ACCOUNT 30 DAYS PAST DUE DATE , OPEN ACCOUNT , CREDIT CARD ||||||
| BK OF AMER<br>488893605241****<br>MIN-CURRENT | 09/02<br>08/15 | $7,941<br>**$2,060** | $80<br>REVOLVING<br>$0<br>08/15 | INDIVIDUAL<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | BK OF AMER<br>PO BOX 982235<br>EL PASO, TX 79998 |
| ADDITIONAL INFORMATION: CREDIT CARD ||||||
| KOHLS/CAPONE<br>639305051891****<br>MIN-CURRENT | 09/08<br>09/15 | $1,039<br>**$1,039** | $53<br>REVOLVING<br>$0<br>09/15 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | KOHLS/CAPONE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS, WI 53051<br>(800) 564-5740 |
| ADDITIONAL INFORMATION: CHARGE ACCOUNT ||||||
| BANK OF LUXEMBURG<br>30000000006052906<br>MIN-CURRENT | 06/03<br>08/15 | $810<br>**$736** | $75<br>REVOLVING<br>$0<br>08/15 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: FREDDIE MAC ACCOUNT , CHECK CREDIT OR LINE OF CREDIT ||||||
| CREDIT FIRST N A<br>647184790<br>MIN-30 SLOW | 09/11<br>09/15 | $917<br>**$709** | $51<br>REVOLVING<br>$76<br>08/15 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | CREDIT FIRST N A<br>6275 EASTLAND RD<br>BROOKPARK, OH 44142<br>(216) 362-5000 |
| ADDITIONAL INFORMATION: ACCOUNT 30 DAYS PAST DUE DATE , OPEN ACCOUNT , REVOLVING CHARGE ACCOUNT ||||||

# ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 16 TOTAL $206,810**

**WITHOUT A BALANCE: 38**

| Creditor Name / Account Number / Loan Terms - Status | Date Opened / Date Last Reported | High Credit / Balance Owing | Payment Terms / Account Type / Past Due Amount / Last Activity Date | Account Type Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| WFFNATBANK<br>577442118054****<br>MIN-CURRENT | 05/13<br>09/15 | $1,239<br>**$550** | $35<br>REVOLVING<br>$0<br>09/15 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | WFFNATBANK<br>PO BOX 94498<br>LAS VEGAS, NV 89193<br>(800) 635-5585 |
| ADDITIONAL INFORMATION: CHARGE ACCOUNT ||||||
| SYNCB/JCP<br>600889468434****<br>MIN-CURRENT | 09/07<br>08/15 | $344<br>**$306** | $35<br>REVOLVING<br>$0<br>08/15 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896<br>(800) 542-0800 |
| ADDITIONAL INFORMATION: CHARGE ACCOUNT ||||||
| BANK OF LUXEMBURG<br>10000000000119621<br>11 MONTHS-CURRENT | 12/13<br>05/14 | $2,500<br>**$0** | $0<br>INSTALLMENT<br>$0<br>05/14 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: CLOSED , AUTO LOAN ||||||
| BANK OF LUXEMBURG<br>10000000000119887<br>30 MONTHS-CURRENT | 05/14<br>03/15 | $2,650<br>**$0** | $0<br>INSTALLMENT<br>$0<br>03/15 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: CLOSED , AUTO LOAN ||||||
| BANK OF LUXEMBURG<br>101129<br>12 MONTHS-CURRENT | 02/05<br>03/06 | $20,500<br>**$0** | $385<br>INSTALLMENT<br>$0<br>12/05 | INDIVIDUAL<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: CLOSED OR PAID ACCOUNT/ZERO BALANCE , AUTO LOAN ||||||
| BANK OF LUXEMBURG<br>101896<br>3 MONTHS-CURRENT | 07/05<br>11/05 | $1,000<br>**$0** | N/A<br>INSTALLMENT<br>$0<br>08/05 | INDIVIDUAL<br>XPN-2 EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: CLOSED OR PAID ACCOUNT/ZERO BALANCE , INSTALLMENT SALES CONTRACT ||||||
| BANK OF LUXEMBURG<br>102986<br>12 MONTHS-CURRENT | 02/06<br>12/06 | $17,900<br>**$0** | $300<br>INSTALLMENT<br>$0<br>08/06 | INDIVIDUAL<br>XPN-2 TU-1<br>TU-2 EFX-1<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: CLOSED OR PAID ACCOUNT/ZERO BALANCE , DEBT CONSOLIDATION ||||||
| BANK OF LUXEMBURG<br>106610<br>12 MONTHS-CURRENT | 07/06<br>10/06 | $2,500<br>**$0** | $0<br>INSTALLMENT<br>$0<br>07/06 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: CLOSED OR PAID ACCOUNT/ZERO BALANCE , UNSECURED LOAN ||||||
| BANK OF LUXEMBURG<br>109223<br>12 MONTHS-CURRENT | 12/07<br>09/08 | $27,480<br>**$0** | $455<br>INSTALLMENT<br>$0<br>07/08 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , ACCOUNT/PAID SATISFACTORILY , THIS IS AN ACCOUNT IN GOOD STANDING , PAID ACCOUNT/ZERO BALANCE , AUTO LOAN ||||||

Debtor(s): J. Schneider/C. Schneider

Request ID: DPIXH-0520035

## ACCOUNTS IN DESCENDING BALANCE ORDER

WITH A BALANCE: 16  TOTAL $206,810

WITHOUT A BALANCE: 38

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last<br>Reported | High Credit<br>Balance<br>Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact<br>Information |
|---|---|---|---|---|---|
| BANK OF LUXEMBURG<br>110044<br>21 MONTHS-CURRENT | 06/08<br>01/09 | $1,000<br>$0 | $50<br>INSTALLMENT<br>$0<br>10/08 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | CLOSED OR PAID ACCOUNT/ZERO BALANCE , NOTE LOAN | | | | |
| BANK OF LUXEMBURG<br>110181<br>12 MONTHS-CURRENT | 07/08<br>10/10 | $29,500<br>$0 | $475<br>INSTALLMENT<br>$0<br>07/10 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | CLOSED OR PAID ACCOUNT/ZERO BALANCE , NOTE LOAN | | | | |
| BANK OF LUXEMBURG<br>110686<br>21 MONTHS-CURRENT | 10/08<br>07/10 | $1,000<br>$0 | $50<br>INSTALLMENT<br>$0<br>04/10 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | CLOSED OR PAID ACCOUNT/ZERO BALANCE , NOTE LOAN | | | | |
| BANK OF LUXEMBURG<br>112155<br>22 MONTHS-CURRENT | 07/09<br>10/10 | $1,000<br>$0 | $50<br>INSTALLMENT<br>$0<br>08/10 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | CLOSED OR PAID ACCOUNT/ZERO BALANCE , NOTE LOAN | | | | |
| BANK OF LUXEMBURG<br>112661<br>CURRENT | 11/09<br>10/10 | $5,000<br>$0 | N/A<br>INSTALLMENT<br>$0<br>07/10 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | CLOSED OR PAID ACCOUNT/ZERO BALANCE , AUTO | | | | |
| BANK OF LUXEMBURG<br>113695<br>4 MONTHS-CURRENT | 07/10<br>02/11 | $1,000<br>$0 | $50<br>INSTALLMENT<br>$0<br>12/10 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | CLOSED OR PAID ACCOUNT/ZERO BALANCE , FIXED RATE , NOTE LOAN | | | | |
| BANK OF LUXEMBURG<br>114442<br>12 MONTHS-CURRENT | 11/10<br>09/11 | $1,016<br>$0 | $50<br>INSTALLMENT<br>$0<br>06/11 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | CLOSED OR PAID ACCOUNT/ZERO BALANCE , FIXED RATE , NOTE LOAN | | | | |
| BANK OF LUXEMBURG<br>115086<br>12 MONTHS-CURRENT | 05/11<br>08/12 | $1,100<br>$0 | $50<br>INSTALLMENT<br>$0<br>06/12 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | CLOSED OR PAID ACCOUNT/ZERO BALANCE , FIXED RATE , NOTE LOAN | | | | |
| BANK OF LUXEMBURG<br>116732<br>12 MONTHS-CURRENT | 05/12<br>04/13 | $1,100<br>$0 | $0<br>INSTALLMENT<br>$0<br>01/13 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , ACCOUNT/PAID SATISFACTORILY , THIS IS AN ACCOUNT IN GOOD STANDING , PAID ACCOUNT/ZERO BALANCE , NOTE LOAN | | | | |

# ACCOUNTS IN DESCENDING BALANCE ORDER

WITH A BALANCE: 16 TOTAL $206,810  
WITHOUT A BALANCE: 38

| Creditor Name / Account Number / Loan Terms - Status | Date Opened / Date Last Reported | High Credit / Balance Owing | Payment Terms / Account Type / Past Due Amount / Last Activity Date | Account Type Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| BANK OF LUXEMBURG<br>117781<br>1 MONTH-CURRENT | 03/13<br>04/13 | $1,000<br>$0 | $0<br>INSTALLMENT<br>$0<br>03/13 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , ACCOUNT/PAID SATISFACTORILY , THIS IS AN ACCOUNT IN GOOD STANDING , PAID ACCOUNT/ZERO BALANCE , NOTE LOAN | | | | |
| BANK OF LUXEMBURG<br>70000000000113432<br>12 MONTHS-CURRENT | 06/10<br>11/13 | $25,809<br>$0 | $0<br>MORTGAGE<br>$0<br>10/13 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | BANK OF LUXEMBURG<br>630 MAIN ST<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , ACCOUNT/PAID SATISFACTORILY , THIS IS AN ACCOUNT IN GOOD STANDING , PAID ACCOUNT/ZERO BALANCE , CONVENTIONAL REAL ESTATE LOAN | | | | |
| BK LUXEMBURG<br>106796<br>12 MONTHS-CURRENT | 08/06<br>04/08 | $29,400<br>$0 | $400<br>INSTALLMENT<br>$0<br>12/07 | INDIVIDUAL<br>TU-2 EFX-2 | BANK OF LUXEMBURG<br>630 MAIN STREET P.O. BOX 440<br>LUXEMBURG, WI 54217<br>(920) 845-2345 |
| ADDITIONAL INFORMATION: | CLOSED OR PAID ACCOUNT/ZERO BALANCE , INSTALLMENT SALES CONTRACT | | | | |
| BK OF AMER<br>74973835269480<br>CURRENT | 03/07<br>09/15 | $16,211<br>$0 | $103<br>REVOLVING<br>$0<br>10/14 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | BK OF AMER<br>PO BOX 982235<br>EL PASO, TX 79998 |
| ADDITIONAL INFORMATION: | CHECK CREDIT OR LINE OF CREDIT | | | | |
| BMO HARRIS BANK<br>3251608840001<br>180 MONTHS-CURRENT | 07/07<br>10/12 | $130,000<br>$0 | $976<br>MORTGAGE<br>$0<br>09/12 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | BMO HARRIS BANK<br>770 N WATER ST<br>MILWAUKEE, WI 53202<br>(414) 765-7700 |
| ADDITIONAL INFORMATION: | BALLOON PAYMENT , CONVENTIONAL REAL ESTATE LOAN | | | | |
| CAP1/BSTBY<br>169601-1163204259<br>CURRENT | 09/07<br>09/13 | $4,000<br>$0 | N/A<br>REVOLVING<br>$0<br>08/13 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | CAP1/BSTBY<br>26525 N RIVERWOODS BLVD<br>METTAWA, IL 60045<br>(800) 695-6950 |
| ADDITIONAL INFORMATION: | PURCHASED BY ANOTHER LENDER , CHARGE ACCOUNT | | | | |
| CBNA<br>603525108549****<br>MIN-CURRENT | 11/04<br>09/15 | $1,317<br>$0 | $25<br>REVOLVING<br>$0<br>08/15 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 |
| ADDITIONAL INFORMATION: | THIS IS AN ACCOUNT IN GOOD STANDING , OPEN ACCOUNT , REVOLVING CHARGE ACCOUNT | | | | |
| COMENITY BANK/FASHBUG<br>600466941673****<br>CURRENT | 01/07<br>09/12 | $69<br>$0 | $20<br>REVOLVING<br>$0<br>08/12 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | COMENITY BANK/FASHBUG<br>PO BOX 182272<br>COLUMBUS, OH 43218 |
| ADDITIONAL INFORMATION: | CHARGE ACCOUNT | | | | |
| COMENITY BANK/MAURICES<br>8547282338<br>CURRENT | 08/14<br>02/15 | $90<br>$0 | $25<br>REVOLVING<br>$0<br>01/15 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | COMENITY BANK/MAURICES<br>PO BOX 182789<br>COLUMBUS, OH 43218 |
| ADDITIONAL INFORMATION: | CHARGE ACCOUNT | | | | |

Debtor(s): J. Schneider/C. Schneider

Request ID: DPIXH-0520035

## ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 16  TOTAL $206,810**

**WITHOUT A BALANCE: 38**

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last Reported | High Credit<br>Balance Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| FASHION BUG/SOANB<br>600466941673****<br>CURRENT | 01/07<br>01/10 | $300<br>$0 | N/A<br>REVOLVING<br>$0<br>08/09 | INDIVIDUAL<br>XPN-2 EFX-2 | FASHION BUG/SOANB<br>1103 ALLEN DR<br>MILFORD, OH 45150<br>(513) 576-8851 |
| ADDITIONAL INFORMATION: | THIS IS AN ACCOUNT IN GOOD STANDING , CLOSED ACCOUNT , PURCHASED BY ANOTHER LENDER , CREDIT CARD | | | | |
| FREMONT INV<br>5000167771<br>360 MONTHS-CURRENT | 08/05<br>12/05 | $97,200<br>$0 | $627<br>MORTGAGE<br>$0<br>11/05 | JOINT<br>TU-1 TU-2 | FREMONT INVESTMENT<br>POB 8208<br>ORANGE, CA 92864 |
| ADDITIONAL INFORMATION: | TRANSFER , CONVENTIONAL REAL ESTATE LOAN | | | | |
| FREMONT INV<br>5000167841<br>180 MONTHS-CURRENT | 08/05<br>11/05 | $24,300<br>$0 | $232<br>MORTGAGE<br>$0<br>11/05 | JOINT<br>TU-1 TU-2 | FREMONT INVESTMENT<br>POB 8208<br>ORANGE, CA 92864 |
| ADDITIONAL INFORMATION: | CLOSED , CONVENTIONAL REAL ESTATE LOAN | | | | |
| GMAC MORTGAGE<br>7304123680<br>180 MONTHS-CURRENT | 11/05<br>07/07 | $50,000<br>$0 | $608<br>MORTGAGE<br>$0<br>06/07 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | GMAC MORTGAGE<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702<br>(800) 766-4622 |
| ADDITIONAL INFORMATION: | CLOSED , SECOND MORTGAGE | | | | |
| GMAC MORTGAGE<br>8446050880<br>180 MONTHS-CURRENT | 07/07<br>02/13 | $32,500<br>$0 | $414<br>MORTGAGE<br>$0<br>01/13 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | GMAC MORTGAGE<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702<br>(800) 766-4622 |
| ADDITIONAL INFORMATION: | TRANSFERRED TO ANOTHER LENDER , SECOND MORTGAGE | | | | |
| HOMEQ SERVICING<br>6930324443290<br>360 MONTHS-CURRENT | 08/05<br>08/07 | $97,200<br>$0 | $627<br>MORTGAGE<br>$0<br>06/07 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | HOMEQ SERVICING<br>PO BOX 13716<br>SACRAMENTO, CA 95853<br>(877) 867-7378 |
| ADDITIONAL INFORMATION: | CLOSED , CONVENTIONAL REAL ESTATE LOAN | | | | |
| M&I HOME LENDING<br>872270<br>180 MONTHS-CURRENT | 07/07<br>09/07 | $32,500<br>$0 | $493<br>MORTGAGE<br>$0<br>08/07 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | M&I HOME LENDING<br>1901 BELL AVE STE 15<br>DES MOINES, IA 50315<br>(515) 281-2879 |
| ADDITIONAL INFORMATION: | ACCOUNT TRANSFERRED OR SOLD , REAL ESTATE MORTGAGE | | | | |
| SYNCB/GAP<br>601859539063****<br>CURRENT | 12/12<br>09/15 | $1,000<br>$0 | N/A<br>REVOLVING<br>$0<br>01/13 | INDIVIDUAL<br>XPN-2 TU-2<br>EFX-2 | SYNCB/GAP<br>PO BOX 965005<br>ORLANDO, FL 32896<br>(800) 887-1198 |
| ADDITIONAL INFORMATION: | CLOSED , CHARGE ACCOUNT | | | | |
| SYNCB/MILLS FLEET FARM<br>601918191339****<br>CURRENT | 01/09<br>08/15 | $2,000<br>$0 | N/A<br>REVOLVING<br>$0<br>03/09 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | SYNCB/MILLS FLEET FARM<br>C/O PO BOX 965036<br>ORLANDO, FL 32896<br>(866) 396-8254 |
| ADDITIONAL INFORMATION: | ACCOUNT CLOSED BY CREDIT GRANTOR , CHARGE ACCOUNT | | | | |

Debtor(s): J. Schneider/C. Schneider

Request ID: DPIXH-0520035

## ACCOUNTS IN DESCENDING BALANCE ORDER

WITH A BALANCE: 16  TOTAL $206,810  
WITHOUT A BALANCE: 38

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last<br>Reported | High Credit<br>Balance<br>Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact<br>Information |
|---|---|---|---|---|---|
| WFFNATBANK<br>577442118021****<br>CURRENT | 01/07<br>03/11 | $3,500<br>$0 | N/A<br>REVOLVING<br>$0<br>04/08 | JOINT<br>XPN-1 XPN-2<br>TU-1 TU-2<br>EFX-1 EFX-2 | WFFNATBANK<br>PO BOX 94498<br>LAS VEGAS, NV 89193<br>(800) 635-5585 |
| ADDITIONAL INFORMATION: | ACCOUNT CLOSED BY CREDIT GRANTOR , CHARGE ACCOUNT | | | | |
| CBNA<br>17348426<br>CURRENT | 03/94<br>10/07 | $2,522<br>N/A | N/A<br>REVOLVING<br>$0<br>04/02 | INDIVIDUAL<br>XPN-1 | CBNA<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 |
| ADDITIONAL INFORMATION: | ACCOUNT/PAID SATISFACTORILY , THIS IS AN ACCOUNT IN GOOD STANDING , PAID ACCOUNT/ZERO BALANCE , ACCOUNT CLOSED AT CONSUMER'S REQUEST , REVOLVING CHARGE ACCOUNT | | | | |
| NEXCARD/MASTERTRUST<br>425497001431****<br>CURRENT | 06/01<br>06/07 | $4,750<br>N/A | N/A<br>REVOLVING<br>$0<br>06/03 | INDIVIDUAL<br>XPN-2 | NEXCARD/MASTERTRUST<br>PO BOX 3412<br>OMAHA, NE 68103 |
| ADDITIONAL INFORMATION: | ACCOUNT/PAID SATISFACTORILY , THIS IS AN ACCOUNT IN GOOD STANDING , PAID ACCOUNT/ZERO BALANCE , ACCOUNT CLOSED AT CONSUMER'S REQUEST , CREDIT CARD | | | | |
| SYNCB/JCP<br>600889576294<br>CURRENT | 03/91<br>09/07 | $224<br>N/A | N/A<br>REVOLVING<br>$0<br>03/02 | INDIVIDUAL<br>XPN-1 | SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896<br>(800) 542-0800 |
| ADDITIONAL INFORMATION: | ACCOUNT/PAID SATISFACTORILY , THIS IS AN ACCOUNT IN GOOD STANDING , PAID ACCOUNT/ZERO BALANCE , ACCOUNT CLOSED AT CONSUMER'S REQUEST , REVOLVING CHARGE ACCOUNT | | | | |

## DEBTOR/CO-DEBTOR ADDRESS INFORMATION

| Current Address(es) | Additional Information | Reported By |
|---|---|---|
| 109 HERSHMAN AVE, DENMARK, WI 54208 | | EFX-1 XPN-1 XPN-2 TU-1 TU-2 EFX-2 |
| Former Address(es) | Additional Information | Reported By |
| 15110 MARIBEL RD, MARIBEL, WI 54227 | | EFX-2 XPN-1 XPN-2 TU-1 TU-2 EFX-1 |
| 123 MAIN ST, DENMARK, WI 54208 | | EFX-1 XPN-1 XPN-2 TU-1 TU-2 |
| PO BOX 672, DENMARK, WI 54208 | | EFX-2 |

## INQUIRIES

| Company | Date of Inquiry | Address | Reason For Inquiry | Reporting Bureaus |
|---|---|---|---|---|
| SPRINGLEAF FINANCIAL S | 5/26/2015 | 1780 W MASON ST<br>GREEN BAY, WI 54303 | UNKNOWN - CREDIT EXTENSION, REVIEW, OR COLLECTION PERSONAL LOAN COMPANIES | XPN-1 XPN-2 TU-1 TU-2 |
| FINANICAL INST LENDIN OP | 2/28/2015 | 550 BAY VIEW RD SUITE A<br>MUKWONAGO, WI 53149 | | TU-2 |
| BMO HARRIS BK N.A. | 2/28/2015 | 3800 GOLF RD<br>ROLLING MEADOW, IL 60008 | | TU-2 |
| WELLSFARGODEALERSVCS | 2/28/2015 | PO BOX 1697<br>WINTERVILLE, NC 28590 | | TU-2 |
| CHASE AUTO | 2/28/2015 | PO BOX 901003<br>FORT WORTH, TX 76101 | | TU-2 |

Case 15-02562-beh    Doc 1    Filed 12/11/15    Page 15 of 18

## INQUIRIES

| Company | Date of Inquiry | Address | Reason For Inquiry | Reporting Bureaus |
|---|---|---|---|---|
| DORSCHFORD/YDCORP | 2/28/2015 | 41 ASHLAND AVENUE DE PERE, WI 54115 | | TU-2 |
| COMENITY BANK/MAURICES | 8/30/2014 | 220 W SCHROCK RD WESTERVILLE, OH 43081 | UNKNOWN - CREDIT EXTENSION, REVIEW, OR COLLECTION SPECIALTY CLOTHING STORE | XPN-2 |
| DENMARK STATE BANK | 8/11/2014 | 130 MAIN STREET DENMARK, WI 54208 | | TU-2 |
| TRENDWEST RESORTS IN | 5/16/2014 | 3655 131 ST AVENUE SE 4TH FL BELLEVUE, WA 98006 | | EFX-1 EFX-2 |
| BMOHARRISBAN/DATAQUICKLE | 4/25/2014 | 6200 OAK TREE BLVD SUITE 140 INDEPENDENCE, OH 44131 | | TU-1 TU-2 |
| CHRYSLER CAPITAL | 10/12/2013 | PO BOX 961275 FORT WORTH, TX 76161 | UNKNOWN - CREDIT EXTENSION, REVIEW, OR COLLECTION AUTOMOBILE FINANCING COMPANY | XPN-1 XPN-2 |
| DRIVE FINANCIAL | 10/12/2013 | 8585 N STEMMONS FWY DALLAS, TX 75247 | UNKNOWN - CREDIT EXTENSION, REVIEW, OR COLLECTION AUTOMOBILE FINANCING COMPANY | XPN-1 XPN-2 |
| CHASE AUTO | 10/12/2013 | P.O. Box 901003 FORT WORTH, TX 76101 | | TU-1 TU-1 TU-2 TU-2 |
| FIRST MERIT BANK NA | 10/12/2013 | CAS 21 111 CASCADE PLAZA AKRON, OH 44308 | | TU-1 TU-2 |
| WELLSFARGODEALERSVCS | 10/12/2013 | PO BOX 1697 WINTERVILLE, NC 28590 | | TU-1 TU-2 |
| SUNTRUST BANK DFS MIDWES | 10/12/2013 | DFS MIDWEST 7818 PARHAM ROAD RICHMOND, VA 23294 | | TU-1 TU-2 |
| FINANICAL INST LENDIN OP | 10/12/2013 | 550 BAY VIEW RD SUITE A MUKWONAGO, WI 53149 | | TU-1 TU-2 |
| ALLY FINANCIAL, INC | 10/12/2013 | PO BOX 380901 BLOOMINGTON, MN 55438 | | TU-1 TU-2 |
| US BANK | 10/12/2013 | 1107 EAST STATE ST ROCKFORD, IL 61104 | | TU-1 TU-2 |
| FIFTH THIRD BANK | 10/12/2013 | 38 FOUNTAIN SQUARE CINCINNATI, OH 45263 | | TU-1 TU-2 |
| CHASE AUTO | 10/12/2013 | PO BOX 901003 FORT WORTH, TX 76101 | | TU-1 TU-2 |
| VISIONAUTOGRO/VISIONAUTO | 10/12/2013 | 2298 HWY 32 PULASKI, WI 54162 | | TU-1 TU-2 |
| HNB S HIGH | 10/12/2013 | | | EFX-2 |

## SOURCE(S) OF INFORMATION

| File Segment | File Holder Name | Social Security Number | Address |
|---|---|---|---|
| EFX-1 | JASON A SCHNEIDER | ***-**-1174 | 109 HERSHMAN AVE, DENMARK, WI 54208 |
| EFX-2 | CRYSTAL G SCHNEIDER | ***-**-4308 | 109 HERSHMAN AVE, DENMARK, WI 54208 |
| TU-1 | JASON A SCHNEIDER | ***-**-1174 | 109 HERSHMAN AVE, DENMARK, WI 54208 |
| TU-2 | CRYSTAL G SCHNEIDER | ***-**-4308 | 109 HERSHMAN AVE, DENMARK, WI 54208 |
| XPN-1 | JASON A SCHNEIDER | ***-**-1174 | 109 HERSHMAN AVE, DENMARK, WI 54208 |

Case 15-02562-beh    Doc 1    Filed 12/11/15    Page 16 of 18

## SOURCE(S) OF INFORMATION

| File Segment | File Holder Name | Social Security Number | Address |
|---|---|---|---|
| XPN-2 | CRYSTAL G SCHNEIDER | ***-**-4308 | 109 HERSHMAN AVE, DENMARK, WI 54208 |

## ALERTS AND VALIDATIONS

\* Notice: This is a Merged report containing information supplied by the sources shown. The merge process is automated and the report may include some duplications and/or omissions

| | |
|---|---|
| REQUESTED PRODUCT OPTION NOT ALLOWED<br>REQUESTED PRODUCT OPTION NOT ALLOWED | XPN-1 XPN-2 |

## POSSIBLE AKA'S REPORTED

| Name | Date of Birth | Social Security Number | Reporting Bureaus |
|---|---|---|---|
| CRYSTAL G SCHNEIDER | | | TU-2 EFX-2 |
| JASON A SCHNEIDER | | | TU-1 EFX-1 |
| CRYSTAL G WERTEL \*\* | | | XPN-2 TU-2 EFX-2 |

\*\* INDICATES ADDITIONAL INFORMATION MAY EXIST

## BUREAU INFORMATION

| Bureau Information | Bureau Address or Website | Bureau Phone Number |
|---|---|---|
| Equifax | P.O. Box 740241<br>Atlanta, GA 30374 | 1-800-685-1111 |
| Experian | www.experian.com/rs/fi5.html | 1-888-397-3742 |
| TransUnion | P.O. Box 2000<br>Chester, PA 19022 | 1-800-888-4213 |

\*\*\* END OF REPORT - 9/24/2015 7:07:00 AM \*\*\*

STATEMENT OF JASON A & CRYSTAL G SCHNEIDER
OWNER: JASON A & CRYSTAL G SCHNEIDER
PROPERTY LOCATION: 109 HERSHMAN AV
STATE OF WISCONSIN

PAUL ZELLER
BROWN COUNTY TREASURER
PO BOX 23600
GREEN BAY WI 54305-3600

CORRESPONDENCE SHOULD REFER TO THE ABOVE PARCEL #

| Assessed Value Land | Assessed Value Improvements | TOTAL Assessed Value | Ave. Assmt. Ratio | Est. Fair Mkt. Land | Est. Fair Mkt. Improvements | Total Est. Fair Mkt. | | | |
|---|---|---|---|---|---|---|---|---|---|
| 19,700 | 96,100 | 115,800 | 1.0145 | 19,400 | 94,700 | 114,100 | | NET PROPERTY TAX | 2,198.90 |
| | | | | | | | % TAX CHANGE | REFUSE & GARBAGE | 80.00 |
| | | | | | | | | DELINQ WATER | 195.40 |

| TAXING JURISDICTION | 2013 Est. State Aids Allocated Tax Dist. | 2014 Est. State Aids Allocated Tax Dist. | 2013 NET TAX | 2014 NET TAX | % TAX CHANGE |
|---|---|---|---|---|---|
| STATE OF WISCONSIN | | | 19.10 | 19.40 | 1.6+ |
| BROWN COUNTY | 40,842 | 43,257 | 540.60 | 537.30 | .6- |
| VILLAGE OF DENMARK | 354,656 | 364,421 | 602.60 | 595.60 | 1.2- |
| DENMARK SCH DIST | 1,408,269 | 1,441,501 | 851.80 | 1,021.70 | 19.9+ |
| NORTHEAST WI VTAE | 24,536 | 30,176 | 186.60 | 89.60 | 52.0- |
| | | | | | |
| TOTAL: | 1,828,305 | 1,879,355 | 2,200.70 | 2,263.60 | 2.9+ |
| | First Dollar Credit | | -55.30 | -64.70 | 17.0+ |
| | Lottery & Gaming Credit | | .00 | .00 | |
| | NET PROPERTY TAX | | 2,145.40 | 2,198.90 | 2.5+ |

Total Specials: 275.40

TOTAL DUE 2,474.30
FULL PAYMENT PAY THIS AMOUNT
* 1st Installment MUST be Paid in Full by due date to avoid interest charges and loss of second payment option.

NET ASSESSED VALUE RATE 19.5477
(Does NOT reflect Credits)

FIRST INSTALLMENT* 1,374.85
Pay 1st Installment by Jan. 31, 2015

SECOND INSTALLMENT** 1,099.45
Pay 2nd installment by July 31, 2015

SCHOOL TAXES REDUCED BY SCHOOL LEVY TAX CREDIT 114.90

IMPORTANT: Be sure this description covers your property. Note that this description is for tax bill only and may not be a full legal description.

8,006 SQ FT
HERSHMAN PLAT N1/2 OF LOTS
11 & 12 & 1/2 VAC ALLEY
ADJ BLK 1

Bill # 1751138
VD-250-1
JASON A & CRYSTAL G
SCHNEIDER
109 HERSHMAN AV
DENMARK WI 54208-9191

PLEASE KEEP FOR YOUR RECORDS

---

Tax payments can be searched by going to: www.co.brown.wi.us click on PROPERTY SEARCH under Quick Links.

HOMEOWNERS CHECK FOR LOTTERY & GAMING CREDIT DEDUCTION ON PRIMARY RESIDENCE ONLY

**A SECOND NOTICE will be sent if you pay in installments.
For online payments visit: www.co.brown.wi.us and click Pay Property Taxes Online or Toll Free at 1-877-765-4110
Point & Pay charges a fee of 2.39% for credit cards. E-check payments are charged $1.50 per transaction.

Payments in person or mailed to: Brown County Treasurer, PO Box 23600, 305 E Walnut, Green Bay WI 54306-3600
or in person at CAPITAL CREDIT UNION LOCATIONS: In Green Bay, De Pere, Ashwaubenon, Howard and Allouez

or in person at Denmark State Bank: 103 E. Main St. Denmark

A payment drop box is located in the Adams Street entrance to the Northern Building (305 E Walnut St, Green Bay)

PAUL ZELLER
BROWN COUNTY
TREASURER

PARCEL# VD-250-1
Bill# 1751138
OWNER: JASON A & CRYSTAL G SCHNEIDER
PROPERTY LOCATION: 109 HERSHMAN AV

JASON A & CRYSTAL G
SCHNEIDER
109 HERSHMAN AV
DENMARK WI 54208-9191

*1st installment must be paid by due date to avoid interest charges and loss of 2nd payment option.

☐ Check box to receive a receipt.

PAYMENT IN FULL   OR   FIRST INSTALLMENT*
2,474.30                      1,374.85
                     Pay by Jan. 31, 2015

Make check payable and mail to:
BROWN COUNTY TREASURER
305 E WALNUT ST
P O BOX 23600
GREEN BAY WI 54305-3600

Taxes can be paid at Capital Credit Union locations(see above).
For online & credit card payments visit: www.co.brown.wi.us



EXHIBIT C